To Court of Criminal Appeals
of Texas

I Receved your white card but IT Dose
NOT Tell which Judge Denied The Motion
AND For WHAT Reason each Judge Denied
me my Constutional Right TO Due Process.

And if you Are not Going To hear The case
To Assist Rule's and Procedurs Are To
Send Documents BACK So Potitioner can
ReFile in A Higher Court.

So Documents And Reason Pleas

MAY GOD Be With YALL This
Year

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta. Clerk

THANK YOU
ELMO Fortenberry